# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIE MCINTOSH, JR.**                                            **PLAINTIFF**

**v.**             **Case No. 4:19-cv-00391 KGB**

**UNION PACIFIC RAILROAD COMPANY**                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to extend expert disclosure deadline and discovery deadline (Dkt. No. 22). For good cause shown, the Court grants the motion. Accordingly, the parties must make their expert disclosures on or before March 27, 2020, and must make their rebuttal disclosures on or before April 14, 2020. The discovery deadline is extended to May 13, 2020.

It is so ordered this 18th day of February, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge