**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIE MCINTOSH, JR.**                                                                              **PLAINTIFF**

**vs.**                                    **CASE NO. 4:19-CV-391 (KGB)**

**UNION PACIFIC RAILROAD COMPANY**                                    **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURES DEADLINES**

Defendant Union Pacific Railroad Company (Union Pacific), by and through its undersigned counsel, CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C., and for its Unopposed Motion for Extension of Expert Disclosures Deadlines, states as follows:

1. On May 21, 2020, the Court entered its Order on Defendant's unopposed motion for extension of expert disclosure and discovery deadlines. *Dkt. 28*. The Court's Order established June 30, 2020, and July 15, 2020, as the deadlines for expert disclosures and rebuttal expert disclosures, respectively.

2. Due to continuing COVID-19 related disruptions, Union Pacific has encountered delays in receiving medical records and, accordingly, meeting the expert disclosures deadline appears unlikely at this point.

3. Union Pacific believes that an extension will allow the Parties an opportunity to receive responses to pending medical record requests, as well as provide the Parties' respective experts an opportunity to review any records produced pursuant to those requests.

4. Accordingly, Union Pacific respectfully moves the Court for the entry of an order extending the deadline to make the Parties' expert disclosures and rebuttal expert disclosures to July 10, 2020, and July 27, 2020, respectively.

250524                                                           1

5. This Motion is made in good faith and not for purposes of delay or any other improper purpose.

6. Pursuant to Local Rule 7.2, no Brief is required in connection with this Motion.

7. Plaintiff's counsel has authorized undersigned counsel to represent to the Court that Plaintiff has no opposition to this Motion.

WHEREFORE, Defendant Union Pacific Railroad Company respectfully requests that the Court grant this Unopposed Motion for Extension of Expert Disclosures Deadlines and file an amended scheduling order as outlined herein.

Respectfully Submitted,

*/s/ Nicholas C. R. Williams*
Abtin Mehdizadegan, AR Bar # 2013136
Nicholas C. R. Williams, AR Bar # 2018194
**CROSS, GUNTER, WITHERSPOON
  & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 371-9999
Fax:    (501) 371-0035
Email: abtin@cgwg.com
            nwilliams@cgwg.com

**COUNSEL FOR UNION PACIFIC
RAILROAD COMPANY**

250524                                                                              2