IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MCINTOSH, JR.**                                                       **PLAINTIFF**

v.                       Case No. 4:19-cv-00391 KGB

**UNION PACIFIC RAILROAD COMPANY**                            **DEFENDANT**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 49). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice, with each party to bear his or its own attorney fees and court costs (*Id.*). The Court denies as moot defendant Union Pacific Railroad Company's motion for summary judgment (Dkt. No. 37).

It is so ordered this 2nd day of December, 2021.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                   United States District Judge